Laurence ("Laird") J. Lucas (ISB # 4733)
LAW OFFICES OF LAURENCE J. LUCAS
P.O. Box 1342
Boise, ID 83701
(208) 424-1466

William M. Eddie (ISB # 5800)
LAND AND WATER FUND OF THE ROCKIES
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for the Plaintiffs Idaho Watersheds Project and
Committee for Idaho's High Desert

U.S. COURTS
02 NOV 21 PM 4: 24
REC'D_____FILED_____
CAMERON S. BURKE
CLERK        IDAHO

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WATERSHEDS PROJECT, and COMMITTEE FOR IDAHO'S HIGH DESERT, <br><br> Plaintiffs, <br><br> vs. <br><br> VERL JONES, TUDDIE JONES, UNITED STATES FOREST SERVICE, MIKE DOMBECK, Chief, United States Forest Service, and GEORGE MATEJKO Supervisor, Salmon-Challis National Forest <br><br> Defendants. | Civil No. 00-0730-E-BLW <br><br><br> **PLAINTIFFS' MOTION FOR AWARD OF REASONABLE ATTORNEY FEES AND LITIGATION EXPENSES** |

Plaintiffs IDAHO WATERSHEDS PROJECT and COMMITTEE FOR IDAHO'S HIGH

DESERT[1] respectfully request an award of reasonable attorney fees and litigation expenses

incurred in the successful prosecution of their claims in this matter against the Jones Defendants.

---

[1] As previously noted, since the filing of this action Plaintiff Idaho Watersheds Project has changed its name to Western Watersheds Project; and recently Plaintiffs Committee for Idaho's High Desert changed its name to Committee for the High Desert. For convenience, however, this motion will continue to refer to Plaintiffs under the names in the caption.

MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES -- 1



**ORIGINAL**

The legal basis for the requested award of fees and expenses is the citizen suit provision of the Endangered Species Act, under which Plaintiffs' claims were brought, which provides that the court "may award costs of litigation (including reasonable attorney and expert witness fees) to any party, whenever the court determines that such award is appropriate." 16 U.S.C. § 1540(g)(4).

As set forth in the accompanying Declaration of Laurence ("Laird") J. Lucas, Plaintiffs seek a total award of $35,459.93 as reasonable attorney fees and litigation expenses against the Jones Defendants. This amount includes $37,336.00 in attorneys fees incurred through 11/21/02, and $4,123.93 in litigation expenses, reduced by the $6,000.00 payment previously made by the Forest Service Defendants in settling Plaintiffs' claims against them in 2001.

This motion is brought pursuant to Federal Rule of Civil Procedure 54, and the Endangered Species Act, 16 U.S.C. § 1540(g)(4).

This Motion is supported by the accompanying Brief in Support of Plaintiffs' Motion for Award of Attorney Fees and Litigation Expenses; and the accompanying Declarations of Laurence ("Laird") J. Lucas, Philip H. Gordon; and Debra K. Ellers; and by all decisions, orders, pleadings and other matters of record before the Court.

WHEREFORE, Plaintiffs respectfully pray that the Court award them the total sum of $ 35,459.93 under the ESA, as against the Jones Defendants, the reasonable attorneys fees and litigation expenses incurred through 11/21/02 in this matter. (Plaintiffs reserve the right to supplement this request in the event that future litigation proceedings occur, over this fee request or any post-judgment motion(s) that Defendants may bring).

//

//

MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES -- 2

DATED: November 21, 2002

Respectfully submitted,

*[signature]*

Laurence ("Laird") J. Lucas
William M. Eddie
Attorneys for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on this 21 day of November 2002, I caused true and correct copies of the foregoing MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES, and the accompanying BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES; DECLARATION OF LAURENCE ("LAIRD") J. LUCAS IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES; DECLARATION OF PHILIP H. GORDON; and DECLARATION OF DEBRA K. ELLERS to be served via first-class mail, postage prepaid, upon the following:

Bruce Smith
Moore, Smith, Buxton & Turke
225 N. 9th Street
Suite 420
Boise ID 83702
Counsel for Defendants

*[signature]*

MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES -- 3