IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WATERSHEDS PROJECT, and COMMITTEE FOR IDAHO'S HIGH DESERT,<br><br>Plaintiffs,<br><br>v.<br><br>VERL JONES, TUDDIE JONES,<br><br>Defendants. | Civ. No. 00-0730-E-BLW<br><br>AMENDED JUDGMENT |

The Court has before it a motion to alter or amend judgment filed by defendants and a motion for fees and costs filed by plaintiffs. The Court can find no reason to change its prior decision and will therefore deny the motion to alter or amend. Plaintiffs are the prevailing parties under the Endangered Species Act, and thus are entitled to their attorney fees pursuant to 16 U.S.C. § 1540(g)(4). The Court finds the hourly rates charged by counsel for plaintiffs to be reasonable, and further finds the total hours expended to be reasonable. The Court will therefore award $37,336.00 in fees to plaintiffs. Furthermore, the plaintiffs are entitled to costs in the sum of $4,123.93. Both sides agree that these sums should be reduced by $6,000.00 representing the Forest Service settlement. The total sum due for fees and costs is therefore $35,459.93.

Pursuant to the agreement of all counsel, the Court will clarify its prior decision to mean that a "fish gate" means a "fish screen," and that the Judgment be corrected to read that the defendants are the party enjoined.

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that

defendants' motion to alter or amend (docket no. 87) is DENIED.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that plaintiffs' motion for fees and costs (docket no. 82) is GRANTED and plaintiffs are entitled to fees and costs in the total sum of $35,459.93.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that the request by plaintiffs to correct clerical error (docket no. 92) is granted and the Court will clarify that its use of the term "fish gate" means a "fish screen," and that the Judgment (docket no. 81) be corrected to read that the defendants are the parties enjoined. In all other respects, the Court's Memorandum Decision (docket no. 80) and Judgment (docket no. 81) are reaffirmed.

Dated this 26th day of September, 2003.

B. LYNN WINMILL
CHIEF JUDGE, UNITED STATES DISTRICT COURT

dkh

United States District Court
for the
District of Idaho
September 29, 2003

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  4:00-cv-00730

I certify that I caused a copy of the attached document to be mailed or faxed to the following named persons:

Laurence J Lucas, Esq.   1-208-342-8286
LAW OFFICES OF LAURENCE J LUCAS
PO Box 1342
Boise, ID   83701

William M Eddie, Esq.
LAND & WATER FUND OF THE ROCKIES
PO Box 1612
Boise, ID   83701

Melinda K Harm, Esq.
LAND & WATER FUND OF THE ROCKIES
PO Box 1612
Boise, ID   83701

Bruce M Smith, Esq.     1-208-331-1202
MOORE SMITH BUXTON & TURCKE
225 N 9th #420
Boise, ID   83702

Samuel D Rauch III, Esq.      1-202-305-0275
US DEPT OF JUSTICE
Wildlife & Marine Resources Section
PO Box 7369
Ben Franklin Station
Washington, DC   20044-7369


____✓__ Chief Judge B. Lynn Winmill
_____ Judge Edward J. Lodge
_____ Chief Magistrate Judge Larry M. Boyle
_____ Magistrate Judge Mikel H. Williams

Visiting Judges:
_____ Judge David O. Carter
_____ Judge John C. Coughenour
_____ Judge Thomas S. Zilly

Cameron S. Burke, Clerk

Date: 9-29-03      BY: _____
                       (Deputy Clerk)