IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WATERSHEDS PROJECT, and COMMITTEE FOR IDAHO'S HIGH DESERT, <br><br> Plaintiffs, <br><br> v. <br><br> VERL JONES, TUDDIE JONES, UNITED STATES FOREST SERVICE, MIKE DOMBECK, Chief, United States Forest Service, and GEORGE MATEJKO, Supervisor, Salmon-Challis National Forest, <br><br> Defendants. | Case No. CV-00-730-E-BLW <br><br> **ORDER** |

The Court's staff held a telephone conference with all counsel on May 3, 2005, to set the following dates and deadlines. Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED, that defendants shall file the Rule 26 reports of their testifying experts on or before **July 8, 2005**.

IT IS FURTHER ORDERED, that all rebuttal experts and their expected testimony be identified on or before **August 8, 2005**.

IT IS FURTHER ORDERED, that all discovery be completed on or before **September 9, 2005**.

IT IS FURTHER ORDERED, that the deadline for the amendment of pleadings and the joinder of parties shall be **August 1, 2005**, with the understanding that this deadline is flexible.

IT IS FURTHER ORDERED, that a hearing on plaintiffs' motion for preliminary injunction shall be held on **June 1, 2005, at 3:30 p.m.** in the Federal Courthouse in **BOISE**, Idaho.

IT IS FURTHER ORDERED, that trial in this case shall begin on **October 3, 2005, at 9:00 a.m.** to the Court sitting without a jury in the Federal Courthouse in **POCATELLO**, Idaho.  Trial shall last for three days.

DATED:  **May 11, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court