BRUCE M. SMITH, ISB #3425
MOORE SMITH BUXTON & TURCKE, CHARTERED
Attorneys at Law
225 North 9th Street, Suite 420
Boise, ID 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
bms@msbtlaw.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WATERSHEDS PROJECT, and COMMITTEE FOR IDAHO'S HIGH DESERT, <br><br> Plaintiffs, <br><br> vs. <br><br> VERL JONES, TUDDIE JONES, <br><br> Defendants. | Case No. CIV 00-0730-E-BLW <br><br> **STIPULATION** |

Consistent with the court's rescheduling of the trial date to November 30, 2005, the parties, by and through their counsel of record, hereby stipulate to a sixty (60) day extension of the following deadlines:

1. Rule 26 reports shall be due on or before September 9, 2005;

2. All rebuttal experts and their expected testimony shall be due on or before October 10, 2005;

3. Discovery shall be completed on or before November 11, 2005; and

**STIPULATION – Page 1**

4. Deadline for amendment of pleadings and the joinder of parties shall be October 3, 2005.

DATED this 27 day of June, 2005.

                              MOORE SMITH BUXTON & TURCKE, CHARTERED

                              BRUCE M. SMITH, ISB #3425
                              Tel (208) 331-1800
                              Fax (208) 331-1202
                              bms@msbtlaw.com
                              Attorney for Defendants

DATED this 27 day of June, 2005.

                              LAIRD J. LUCAS, ISB #4753
                              Tel (208) 424-1466
                              llucas@rmci.net
                              Attorney for Plaintiffs

STIPULATION – Page 2