Laurence ("Laird") J. Lucas (ISB # 4733)
LAW OFFICES OF LAURENCE J. LUCAS
P.O. Box 1342
Boise, ID 83701
(208) 424-1466
llucas@rmci.net

Lauren M. Rule (ISB # 6863)
ADVOCATES FOR THE WEST
P.O. Box 1612
Boise, ID 83701
Phone: (208) 342-7024
Fax:  (208) 342-8286
lrule@rmci.net

Attorneys for the Plaintiffs Idaho Watersheds Project and
Committee for Idaho's High Desert

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WATERSHEDS PROJECT, and COMMITTEE FOR IDAHO'S HIGH DESERT,<br><br>    Plaintiffs,<br><br>vs.<br><br>VERL JONES & TUDDIE JONES,<br><br>    Defendants. | Civil No. 00-0730-E-BLW<br><br>**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES** |

   Plaintiffs respectfully request an award of reasonable attorney fees and litigation expenses incurred in this matter against the Jones Defendants, pursuant to the Endangered Species Act, *16 U.S.C. § 1540(g)(4)*, in the total amount of $47,804.93.

   The requested award includes the prior attorney fees and litigation expenses awarded by this Court in September 2003, plus additional fees and expenses incurred by Plaintiffs following

remand from the 9th Circuit in 2005.  *See accompanying Declaration of Laird J. Lucas In Support Of Motion For Award Of Attorney Fees And Expenses*.

This motion is supported by the accompanying Opening Brief In Support Of Motion For Award Of Attorney Fees and Expenses, and the accompanying Lucas Declaration, and all exhibits thereto.  It is also supported by Plaintiffs' prior motion for attorney fees and expenses, filed in November 2002 *(Docket Nos. 82-86)*, and by this Court's Amended Judgment in September 2003 *(Docket No. 96)*, finding those claimed fees and expenses to be reasonable.  It is also supported by all the other pleadings, briefs, declarations, exhibits and other materials on file with the Court in this matter, or that may be presented prior to decision on this motion.

WHEREFORE, Plaintiffs respectfully pray that the Court award them under the ESA the requested attorney fees of $42,631, plus expenses of $5,173.93, thus totaling $47,804.93.

Dated:  November 16, 2005                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laird J. Lucas
　　　　　　　　　　　　　　　　　　　　　　　Laurence ("Laird") J. Lucas
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2005, I electronically filed the foregoing PLAINTIFFS' MOTION FOR AWARD OF ATTORNEY FEES AND EXPENSES; and the accompanying OPENING BRIEF IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND EXPESNES, and DECLARATION OF LAIRD J. LUCAS, plus all exhibits thereto, with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following counsel of record herein:

**Bruce Smith**
Moore, Smith, Buxton & Turcke
bms@msbtlaw.com

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Laird J. Lucas
　　　　　　　　　　　　　　　　　　　　　　　Laurence ("Laird") J. Lucas

MOTION FOR ATTORNEY FEES AND EXPENSES -- 2