BRUCE M. SMITH, ISB #3425
MOORE SMITH BUXTON & TURCKE, CHARTERED
Attorneys at Law
225 North 9th Street, Suite 420
Boise, ID  83702
Telephone:  (208) 331-1800
Facsimile:   (208) 331-1202

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO WATERSHEDS PROJECT, and COMMITTEE FOR IDAHO'S HIGH DESERT,  ) ) ) | Case No.  CIV 00-0730-E-BLW |
| Plaintiffs,  ) ) ) | **DEFENDANT'S MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES** |
| vs.  ) ) ) | |
| VERL JONES and TUDDIE JONES,  ) ) | |
| Defendants.  ) ) | |

Pursuant to Federal Rule of Civil Procedure 54 and *16 U.S.C. §1540 (g)(4)* of the Endangered Species Act, Defendant, Tuddie Jones requests and award of attorney fees and costs in the amount of $67,137.94 as a result of her successful defense against the claims brought by the Plaintiffs.

The requested award includes the attorney fees and expenses incurred by Defendant before and following remand from the 9th Circuit in 2005.  *See accompanying Declaration of Bruce Smith in Support of Motion for Award of Attorney Fees and Expenses.*

The request is based on the fact the suit was frivolously brought, unreasonably prosecuted, and that Mrs. Jones was successful in her defense.

**DEFENDANTS' MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES - 1**

This motion is supported by the accompanying Defendant's Opening Brief In Support of Defendant's Motion for Attorney Fees and Costs and Defendant's Objection To Plaintiffs' Motion for Attorney Fees and Expenses, and the accompanying Declaration of Bruce Smith, and all exhibits thereto.  It is also supported by all other pleadings, briefs, declarations, exhibits and other materials on file with the Court in this matter, or that may be presented prior to decision on this motion.

WHEREFORE, Defendant respectfully prays that the Court award her the requested attorney fees of $62,426.50, plus expenses of $4,711.44, thus totaling $67,137.94.

Because of the unique circumstances associated with this case, Defendant respectfully requests oral argument.

DATED this 25th day of November, 2005.

MOORE SMITH BUXTON & TURCKE,
CHARTERED


/s/ Bruce M. Smith
BRUCE M. SMITH, ISB #3425
Tel (208) 331-1800
Fax (208) 331-1202
bms@msbtlaw.com
Attorney for Defendants

**DEFENDANTS' MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES - 2**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY that on the 25th day of November, 2005, the DEFENDANTS' MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):**

| | |
|---|---|
| Laird Lucas | (  ) U.S. Mail, Postage Prepaid |
| PO Box 1342 | (  ) Hand Delivered |
| Boise, ID 83701 | (  ) Overnight Mail |
| Fax: 208-424-1466 | (  ) Facsimile |
| | (x) Electronic Service by Clerk |
| | |
| Lauren M. Rule | (  ) U.S. Mail, Postage Prepaid |
| ADVOCATES FOR THE WEST | (  ) Hand Delivered |
| P.O. Box 1612 | (  ) Overnight Mail |
| Boise, Idaho 83701 | (  ) Facsimile |
| Facsimile:  (208) 342-8286 | (x) Electronic Service by Clerk |

/s/ Bruce M. Smith
BRUCE M. SMITH, ISB #3425
Tel (208) 331-1800
Fax (208) 331-1202
bms@msbtlaw.com
Attorney for Defendants

**DEFENDANTS' MOTION FOR AWARD OF ATTORNEY FEES AND LITIGATION EXPENSES - 3**